District Judge Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARGARET AND KENT LOVELESS, wife and husband,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. CV05-5685 FDB<br><br>REVISED STIPULATION AND ORDER FOR CONTINUANCE OF DEADLINES<br><br>Noted on motion calendar for March 15, 2006. |

WHEREAS, the parties have commenced discovery in this case;

WHEREAS, the parties require additional time to complete discovery;

NOW, THEREFORE, the parties, through their respective counsel of record, do hereby stipulate and agree that the Court may make and enter the following order regarding its February 14, 2006 Order Scheduling Court Trial and Pretrial Dates:

1.   Expert Witness Disclosure/Reports under FRCP 26(a)(2) due April 10, 2006 is continued to May 31, 2006;

**STIPULATION AND ORDER FOR CONTINUANCE OF DEADLINES  - 1**
CV05-5685

CRAWFORD, McGILLIARD, PETERSON, YELISH AND DIXON
Attorneys at Law
623 Dwight Street, Port Orchard, WA 98366-4693
(360) 337-7000 / Fax: (360) 876-3970

  2. Rebuttal Expert Disclosure/Reports due May 9, 2006 is continued to June 6, 2006;

  3. Objection to Oppositions' Experts due by June 8, 2006 is continued to July 7, 2006;

  4. Discovery to be completed by June 19, 2006 is continued to August 4, 2006;

  5. 39.1 Settlement Report due by June 28, 2006 is continued to August 7, 2006; and

  6. Motions due by July 7, 2006 is continued to August 7, 2006.

**SO STIPULATED**.

Dated this 14th day of March, 2006.

          /s/ Richard L. Peterson
          RICHARD L. PETERSON  WSBA #5311
          Attorney for Plaintiffs Loveless
          Crawford, McGilliard, Peterson, Yelish and Dixon
          623 Dwight Street
          Port Orchard, Washington 98366-4693
          Phone: 360-337-7000
          Fax: 360-876-3970
          Email: rpeterson@cmpyd.com

//
//
//
//
//
//
//

**STIPULATION AND ORDER FOR CONTINUANCE OF DEADLINES  - 2**
CV05-5685

CRAWFORD, McGILLIARD, PETERSON, YELISH AND DIXON
Attorneys at Law
623 Dwight Street, Port Orchard, WA 98366-4693
(360) 337-7000 / Fax: (360) 876-3970

**SO STIPULATED.**

Dated this 14th day of March, 2006.

      /s/ Priscilla T. Chan
PRISCILLA T. CHAN WSBA #28533
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: Priscilla.Chan@usdoj.gov

**<u>ORDER</u>**

**IT IS SO ORDERED.**

Dated this 27th day of March, 2006.



FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR
CONTINUANCE OF DEADLINES - 3
CV05-5685

CRAWFORD, McGILLIARD, PETERSON,
YELISH AND DIXON
Attorneys at Law
623 Dwight Street, Port Orchard, WA 98366-4693
(360) 337-7000 / Fax: (360) 876-3970